53-63 Partners, L.P., -Appellant,
against
Regina Paez, Respondent-Tenant-Respondent, and "John Doe" and "Jane Doe," Respondents-Undertenants.



Landlord appeals from an order of the Civil Court of the City of New York, New York County (Heela D. Capell, J.), dated May 18, 2018, which granted tenant's motion for summary judgment dismissing the petition in a holdover summary proceeding.




Per Curiam.
Order (Heela D. Capell, J.), dated May 18, 2018, affirmed, with $10 costs.
This holdover proceeding, premised upon allegations that the rent stabilized tenant breached her lease by failing to maintain her section 8 benefits (see generally Rosario v Diagonal Realty, LLC, 8 NY3d 755 [2007], cert denied 552 US 1141 [2008]), was properly dismissed on tenant's motion. The documentary evidence establishes that tenant's section 8 subsidy was subsequently reinstated. In the circumstances, we agree that the eviction remedy sought by landlord does not lie (see DU 1st Realty Co. LP v Robinson, 35 Misc 3d 138[A], 2012 NY Slip Op 50840[U] [App Term, 1st Dept 2012]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: May 31, 2019